## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON DOYLE PINKSTON EL-BEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-111-GPM |
| STATE of ILLINOIS, *et al.*, | ) ) ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Pinkston El-Bey shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 1/30/09

                                                  KEENAN G. CASADY, CLERK

                                                  By: s/ Linda M. McGovern
                                                            Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                  G. Patrick Murphy
                  United States District Judge